May 27, 2005

Mr. Peter William Low
3305 Northland Dr., Suite 500
Austin, TX 78731

Mr. Jeffrey J. Horner
Bracewell & Patterson, L.L.P.
2900 South Tower Pennzoil Place
711 Louisiana Street
Houston, TX 77002-2781
Mr. William Ikard
Popp & Ikard, LLP
1301 S Mopac Expwy, Bld 4, Suite 430
Austin, TX 78746

Mr. Joseph T. Longoria
Perdue Brandon Fielder Collins & Mott
1235 N. Loop West, Suite 600
Houston, TX 77008

RE: Case Number: 03-1200
 Court of Appeals Number: 13-02-00237-CV
 Trial Court Number: 96-J-0576-C

Style: MATAGORDA COUNTY APPRAISAL DISTRICT
 v.
 COASTAL LIQUIDS PARTNERS, L.P.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Ms. Becky Denn |